In the Matter of the Claim of JOHN L. HACKFORD, Claimant, Respondent, v. VEEDER & BROWN, Employer, and the LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Probate of the Last Will and Testament of MATTHEW DE FREEST, Deceased. WALTER V. D. H. DE FRIEST and Others, Appellants; JESSIE L. DE FREEST, Executrix, etc., Respondent.— Decree unanimously affirmed, with costs.

In the Matter of the Claim of NAZZARENO TESTA, Respondent, for Compensation under the Workmen's Compensation Law, v. W. J. BURNS COMPANY, Employer, and LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award reversed on the authority of *Matter of Bloomfield* v. *November* (219 N. Y. 374), recently handed down by the Court of Appeals, and the claim remitted to the Commission for further consideration. All concurred, except Kellogg, P. J., who dissented.

In the Matter of the Claim of MILDRED DODD, Appellant, for Compensation under the Workmen's Compensation Law, v. LANCASHIRE CORPORATION, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE CORPORATION, Insurance Carrier, Respondents.— Determination unanimously affirmed.

In the Matter of the Claim of ROSE COWEN, Appellant, for Compensation for Herself and Children under the Workmen's Compensation Law, v. COWEN NEW SHIRT LAUNDRY, INC., Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY OF BUFFALO, Insurance Carrier, Respondents.— Determination unanimously affirmed.

In the Matter of the Claim of DENNIS DOLLARD, Respondent, for Compensation under the Workmen's Compensation Law, v. TRANSIT DEVELOPMENT COMPANY, Employer and Self-insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Claim of TERESA NAPOLITANO, Respondent, for Compensation under the Workmen's Compensation Law, v. ABRAHAM BARATZ, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of ANNA SKOCZLOIS, Respondent, for Compensation under the Workmen's Compensation Law for the Death of STANISLAW SKOCZLOIS, v. PHILIP VINOCUR, Employer, Defendant, and ÆTNA LIFE INSURANCE COMPANY, Appellant.— Award affirmed. All concurred, except Lyon and Woodward, JJ., who dissented.

In the Matter of the Claim of ANNA M. BLATT, Respondent, for Compensation, etc., under the Workmen's Compensation Law, v. ROBERT H. NOBLE, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Petition of JAMES P. PHILIP, Appellant, for an Extension of Time to Complete the Purchase of the Premises, etc., Sold under a Judgment of Foreclosure in the Action, etc., Entitled WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants.     (No. 1.)

WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of JAMES P. PHILIP, Respondent, Appellant, for a Resale, etc., of Mortgaged Premises under Judgment of Foreclosure in the Action of WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants.    (No. 2.)    WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Appellant, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Appellant, Respondent.—Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, P. J., and Cochrane, J., who dissented.

In the Matter of the Application of JAMES P. PHILIP, Appellant, to Read Additional Affidavits on His Motion for an Extension of Time, etc., on the Sale of Mortgaged Premises under Judgment of Foreclosure in the Action of WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants. (No. 3.)    WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of JAMES P. PHILIP, Appellant, to Vacate a Judgment of Foreclosure Entered in an Action in this Court Entitled WILLIAM PALMATIER, as Substituted Trustee for the Benefit of the Holders of First Income Bonds Secured by a Certain Mortgage Executed by the CATSKILL MOUNTAIN RAILWAY COMPANY, Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants. (No. 4.)    WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of GEORGE R. WINTERS, Respondent, for Compensation under the Workmen's Compensation Law, v. WELLS BROS. COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission on the authority of *Matter of Grammici* v. *Zinn* (219 N. Y. 322) and *Matter of Kanzar* v. *Acorn Mfg. Co.* (Id. 326), recently decided by the Court of Appeals. All concurred.

In the Matter of the Claim of THOMAS MARTIN, Respondent, v. ROFF UNDERWEAR COMPANY, Employer, and THE TRAVELERS' INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Insurance Carrier, Appellants. — Award reversed and matter remitted to the Commission on the authority of *Matter of Grammici* v. *Zinn* (219 N. Y. 322) and *Matter of Kanzar* v. *Acorn Mfg. Co.* (Id. 326), recently decided by the Court of Appeals. All concurred.

In the Matter of the Claim of EARL E. PECK for Compensation under the Workmen's Compensation Law, Respondent, v. ONONDAGA PAPER